[No. 20917-9-II.    Division Two.    June 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. BARBARA
LEE COOMBS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-1-00324-5, Leonard W. Costello, J., entered June 24, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld and Hunt, JJ.

[No. 21112-2-II.    Division Two.    June 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY
ALLEN KETTLE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 95-1-00179-3, Thomas L. Lodge, J., entered August 12, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong and Hunt, JJ.

[Nos. 36806-1-I; 37988-7-I    Division One.    June 23, 1997.]
        38006-1-I; 38468-6-I; 39185-2-I.

*In the Matter of the Detention of* JOSETTE BROOKS,
*Respondent*.

JOSETTE BROOKS, *Respondent*, v. THE STATE OF
WASHINGTON, *Appellant*.

*In the Matter of the Detention of* ROBERT HUFFMAN,
*Respondent*.

ROBERT HUFFMAN, *Respondent*, v. THE STATE OF
WASHINGTON, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 95-6-00323-5, Steven G. Scott, J., entered May 12, 1995. *Dismissed in part* and *reversed* by unpublished opinion per Webster, J., concurred in by Grosse and Becker, JJ.